THE UNIVERSITY INTERSCHOLASTIC LEAGUE V. G. M. SIMS ET AL.

No. 7383. Decided July 26, 1939.
(131 S. W., 2d Series, 94.)

*M. L. Lefler,* and *E. B. Votaw,* both of Beaumont, for plaintiffs in error.

*A. A. Gunter* and *A. V. Watson,* both of Beaumont, for defendants in error.

MR. JUDGE HICKMAN delivered the opinion of the Commission of Appeals, Section A.

The nature of this case is reflected by the opinion of the Court of Civil Appeals. 111 S. W. (2d) 814. That court entered

its order reversing the judgment of the trial court and remanding the cause thereto for another trial. Admittedly the case is moot. In order to give this Court jurisdiction to enter the correct order in a moot case, this writ was granted. The correct order to enter is one dismissing the case. McWhorter v. Northcutt, 94 Texas 86, 58 S. W. 720; Thompson v. Seale, 122 Texas 160, 53 S. W. (2d) 764; Sterling v. Ferguson, 122 Texas, 122, 53 S. W. (2d) 753; Taylor v. Nealon et al, 132 Texas 60, 120 S. W. (2d) 586; Iles v. Walker, 132 Texas 6, 120 S. W. (2d) 418; Cisco Independent School District v. Dudley, 53 S. W. (2d) 639; International Ass'n. of Machinists Union No. 1486, et al, v. Federated Association of Accessory Workers, et al, 133 Texas 624, 130 S. W. (2d) 282.

It is therefore ordered that the judgments below be vacated, the case be dismissed, and all costs in all courts be assessed against defendants in error, who were plaintiffs in the trial court.

Opinion adopted by the Supreme Court July 26, 1939.